Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 24−12238−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ricardo Caseres Blandon
78 Orange Avenue
Elmwood Park, NJ 07407

Lydia P. Mesa
aka Lydia Patricia Gutierrez, aka Lydia Patricia Mesa
78 Orange Avenue
Elmwood Park, NJ 07407

Social Security No.:
xxx−xx−3086                    xxx−xx−2293

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:       9/18/24
Time:       10:00 AM
Location:   Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Jamal J Romero, Debtor's Attorney

COMMISSION OR FEES
$8,794.00

EXPENSES
$517.45

If this is a chapter 13 case, the fees and expenses awarded:

- [x] will not reduce the amount to be paid to general unsecured creditors under the plan.

- [ ] will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 28, 2024
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-12238-RG |
| Ricardo Caseres Blandon | Chapter 13 |
| Lydia P. Mesa | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 28, 2024 | Form ID: 137 | Total Noticed: 38 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ricardo Caseres Blandon, Lydia P. Mesa, 78 Orange Avenue, Elmwood Park, NJ 07407-1820 |
| 520179075 | + | Cardinal Financial Mortgage, 1 Corporate Dr Ste 360, Lake Zurich, IL 60047-8945 |
| 520179077 | + | Community Bank, N.A., Po Box 6217, Sioux Falls, SD 57117-6217 |
| 520179078 | + | Community Bank/ The Home Depot, Po Box 9714, Gray, TN 37615-9714 |
| 520179079 | + | Community Credit Bank / Macys, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 520179080 | + | Englewood Health, P.O Box 48304, Newark, NJ 07101-8504 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 28 2024 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 28 2024 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520179069 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 28 2024 20:38:00 | Bank Of America, N.A., 400 Christiana Road, Newark, DE 19702-3208 |
| 520179068 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 28 2024 20:38:00 | Bank of America, N.A, Pob 15026, Wilmington, DE 19850-5026 |
| 520179070 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Aug 28 2024 20:38:00 | Bank of America, N.A., 10 N. Tryon Street, Charlotte, NC 28255-0001 |
| 520179073 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 28 2024 20:59:30 | Capital One, 11013 W Broad St, Glen Allen, VA 23060-6017 |
| 520179072 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 28 2024 20:47:08 | Capital One, Po Box 85064, Glen Allen, VA 23058 |
| 520179074 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 28 2024 20:47:20 | Capital One, Po Box 26625, Richmond, VA 23261-6625 |
| 520220933 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 28 2024 20:59:13 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520249130 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2024 20:47:18 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520179076 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2024 20:47:05 | Citibank/The Home Depot, Po Box 790034, Saint Louis, MO 63179-0034 |
| 520251219 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Aug 28 2024 20:38:00 | Cardinal Financial Company, Limited Partnership, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 520356187 | | Email/Text: Bankruptcy@Freedommortgage.com | Aug 28 2024 20:38:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |

| Recip ID | | Notice Type | Date | Name and Address |
|---|---|---|---|---|
| 520356188 | | Email/Text: Bankruptcy@Freedommortgage.com<br>Aug 28 2024 20:38:00 | | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764, Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 520179081 | + | Email/Text: sbse.cio.bnc.mail@irs.gov<br>Aug 28 2024 20:38:00 | | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520222813 | | Email/Text: JCAP_BNC_Notices@jcap.com<br>Aug 28 2024 20:39:00 | | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520179082 | | Email/PDF: ais.chase.ebn@aisinfo.com<br>Aug 28 2024 20:46:57 | | JP Morgan Chase Credit Card, 800 Brooksedge Blvd, Westerville, OH 43081 |
| 520199448 | + | Email/Text: RASEBN@raslg.com<br>Aug 28 2024 20:38:00 | | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520233514 | | Email/PDF: resurgentbknotifications@resurgent.com<br>Aug 28 2024 20:46:59 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520179083 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov<br>Aug 28 2024 20:39:00 | | Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 520245509 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Aug 28 2024 20:47:18 | | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520179084 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov<br>Aug 28 2024 20:38:00 | | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 520179085 | | Email/PDF: ais.sync.ebn@aisinfo.com<br>Aug 28 2024 20:47:32 | | Synchrony /Lowes, Po Box 103065, Roswell, GA 30076 |
| 520179086 | + | Email/PDF: ais.sync.ebn@aisinfo.com<br>Aug 28 2024 20:47:43 | | Synchrony Bank, Po Box 981439, El Paso, TX 79998-1439 |
| 520250094 | + | Email/PDF: ebn_ais@aisinfo.com<br>Aug 28 2024 20:46:57 | | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520179087 | + | Email/PDF: ais.sync.ebn@aisinfo.com<br>Aug 28 2024 20:59:16 | | Synchrony Bank /Ashley Home store, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 520179088 | + | Email/PDF: ais.sync.ebn@aisinfo.com<br>Aug 28 2024 20:46:49 | | Synchrony Bank /Care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 520179089 | | Email/PDF: ais.sync.ebn@aisinfo.com<br>Aug 28 2024 20:47:22 | | Synchrony Bank/Lowes, Po Box 103065, Roswell, GA 30076 |
| 520195213 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov<br>Aug 28 2024 20:39:00 | | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 520179090 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com<br>Aug 28 2024 20:59:30 | | Wells Fargo Bank /Bobs Furniture, Po Box 14517, Des Moines, IA 50306-3517 |
| 520179091 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com<br>Aug 28 2024 20:47:14 | | Wells Fargo Bank, N.A., Po Box 14517, Des Moines, IA 50306-3517 |
| 520220638 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com<br>Aug 28 2024 20:47:16 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520179071 | *+ | Bank of America, N.A., 400 Christiana Road, Newark, DE 19702-3208 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

Case 24-12238-RG    Doc 22    Filed 08/30/24    Entered 08/31/24 00:16:10    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 28, 2024 | Form ID: 137 | Total Noticed: 38 |

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2024        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Cardinal Financial Company Limited Partnership dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jamal J Romero | on behalf of Joint Debtor Lydia P. Mesa jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com |
| Jamal J Romero | on behalf of Debtor Ricardo Caseres Blandon jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5