| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Scura, Wigfield, Heyer,<br>Stevens & Cammarota, LLP<br>1599 Hamburg Turnpike<br>Wayne, New Jersey 07470<br>Tel.: (973) 696-8391<br>Attorneys for Debtors<br>Jamal J. Romero, Esq.<br>jromero@scura.com | Order Filed on September 18, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Ricardo Caseres Blandon and Lydia P. Mesa,<br><br>           Debtors | Case No.:  24-12238-RG<br><br>Chapter:   13<br><br>Judge:    Gambardella |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: September 18, 2024**

                                _____
                                **Honorable Vincent F. Papalia**
                                **United States Bankruptcy Judge**

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that  Scura, Wigfield, Heyer, Stevens & Cammarota, LLP , the applicant, is allowed a fee of $ _____8,794.00_____ for services rendered and expenses in the amount of $_____517.45_____ for a total of $_____9,311.45_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____N/A_____ per month for _____N/A_____ months to allow for payment of the above fee.

* The amount to be paid through the Chapter 13 Plan is $6,811.45 ($9,311.45 less $2,500.00 retainer paid)*

*rev.8/1/15*