SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ 07470

Re: RICARDO CASERES BLANDON
LYDIA P. MESA
78 ORANGE AVENUE
ELMWOOD PARK, NJ 07407

Atty: SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ 07470

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025**
**Chapter 13 Case # 24-12238**

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $18,000.00**

## RECEIPTS AS OF 01/01/2025

(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 03/20/2024 | $500.00 | | 04/15/2024 | $500.00 | |
| 05/13/2024 | $500.00 | | 06/10/2024 | $500.00 | |
| 07/15/2024 | $500.00 | | 08/12/2024 | $500.00 | |
| 09/10/2024 | $500.00 | | 10/15/2024 | $500.00 | |
| 11/12/2024 | $500.00 | | 12/09/2024 | $500.00 | |

**Total Receipts: $5,000.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $5,000.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025

(Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 355.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 6,811.45 | 100.00% | 4,675.00 | 2,136.45 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | BANK OF AMERICA, N.A. | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | BANK OF AMERICA, N.A | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | BANK OF AMERICA, N.A. | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 6,461.83 | * | 0.00 | |
| 0005 | CAPITAL ONE NA | UNSECURED | 5,199.42 | * | 0.00 | |
| 0006 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 9,989.96 | * | 0.00 | |
| 0007 | FREEDOM MORTGAGE CORPORATION | (NEW) Prepetition A | 249.29 | 100.00% | 0.00 | |
| 0008 | LVNV FUNDING LLC | UNSECURED | 5,943.85 | * | 0.00 | |
| 0009 | LVNV FUNDING LLC | UNSECURED | 1,548.96 | * | 0.00 | |
| 0010 | LVNV FUNDING LLC | UNSECURED | 6,245.04 | * | 0.00 | |
| 0011 | CITIBANK NA | UNSECURED | 4,100.38 | * | 0.00 | |

**Chapter 13 Case # 24-12238**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0012 | ENGLEWOOD HOSPITAL & MEDICAL CEN | UNSECURED | 4,077.04 | * | 0.00 | |
| 0013 | UNITED STATES TREASURY/IRS | PRIORITY | 4,182.30 | 100.00% | 0.00 | |
| 0014 | JPMORGAN CHASE BANK NA | UNSECURED | 7,498.93 | * | 0.00 | |
| 0015 | US DEPARTMENT OF EDUCATION | UNSECURED | 54,457.90 | * | 0.00 | |
| 0016 | STATE OF NEW JERSEY, DIVISION OF TA | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0017 | SYNCHRONY BANK BY AIS INFOSOURCE | UNSECURED | 4,785.39 | * | 0.00 | |
| 0018 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,236.00 | * | 0.00 | |
| 0019 | SYNCHRONY BANK BY AIS INFOSOURCE | UNSECURED | 2,061.96 | * | 0.00 | |
| 0020 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 2,777.64 | * | 0.00 | |
| 0021 | LVNV FUNDING LLC | UNSECURED | 5,455.18 | * | 0.00 | |
| 0023 | WELLS FARGO BANK /BOBS FURNITURE | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | WELLS FARGO BANK NA | UNSECURED | 3.45 | * | 0.00 | |
| 0027 | BANK OF AMERICA, N.A. | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | BANK OF AMERICA, N.A. | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | LVNV FUNDING LLC | UNSECURED | 2,459.71 | * | 0.00 | |
| 0030 | JPMORGAN CHASE BANK NA | UNSECURED | 3,111.17 | * | 0.00 | |
| 0031 | UNITED STATES TREASURY/IRS | UNSECURED | 414.32 | * | 0.00 | |
| 0032 | JPMORGAN CHASE BANK NA | UNSECURED | 41,432.84 | * | 0.00 | |
| 0033 | WELLS FARGO BANK NA | SECURED | 344.33 | 100.00% | 0.00 | |
| 0034 | WELLS FARGO BANK NA | UNSECURED | 1,459.84 | * | 0.00 | |

**Total Paid: $5,030.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2025.

Receipts: $5,000.00 - Paid to Claims: $0.00 - Admin Costs Paid: $5,030.00 = Funds on Hand: $470.00

****NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.