Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24−12238−TBA
Chapter:  13
Judge:  MARK E HALL

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ricardo Caseres Blandon
78 Orange Avenue
Elmwood Park, NJ 07407

Lydia P. Mesa
aka Lydia Patricia Gutierrez, aka Lydia
Patricia Mesa
78 Orange Avenue
Elmwood Park, NJ 07407

Social Security No.:
xxx−xx−3086

xxx−xx−2293

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/20/25 at 10:00 AM

to consider and act upon the following:

*29* – Motion for Relief from Stay re: 78 Orange Ave Elmwood Park, New Jersey 07407. Fee Amount $ 199. Filed by Kimberly A. Wilson on behalf of Freedom Mortgage Corporation. Hearing scheduled for 8/20/2025 at 09:00 AM, by phone – Judge Hall: visit www.court−solutions.com or www.njb.uscourts.gov for more information.. (Attachments: # 1 Certification # 2 Statement as to Why No Brief is Necessary # 3 Certificate of Service # 4 Proposed Order # 5 Certification # 6 Note # 7 Mortgage # 8 Assignment) (Wilson, Kimberly) INCORRECT HEARING TIME SET Modified on 7/29/2025 (car).

Dated: 7/29/25

Jeanne Naughton
Clerk, U.S. Bankruptcy Court