Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24−12238−TBA
Chapter:  13
Judge:  MARK E HALL

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ricardo Caseres Blandon
78 Orange Avenue
Elmwood Park, NJ 07407

Lydia P. Mesa
aka Lydia Patricia Gutierrez, aka Lydia
Patricia Mesa
78 Orange Avenue
Elmwood Park, NJ 07407

Social Security No.:
xxx−xx−3086

xxx−xx−2293

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/20/25 at 10:00 AM

to consider and act upon the following:

*29* − Motion for Relief from Stay re: 78 Orange Ave Elmwood Park, New Jersey 07407. Fee Amount $ 199. Filed by Kimberly A. Wilson on behalf of Freedom Mortgage Corporation. Hearing scheduled for 8/20/2025 at 09:00 AM, by phone − Judge Hall: visit www.court−solutions.com or www.njb.uscourts.gov for more information.. (Attachments: # 1 Certification # 2 Statement as to Why No Brief is Necessary # 3 Certificate of Service # 4 Proposed Order # 5 Certification # 6 Note # 7 Mortgage # 8 Assignment) (Wilson, Kimberly) INCORRECT HEARING TIME SET Modified on 7/29/2025 (car).

Dated: 7/29/25

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 24-12238-TBA

Ricardo Caseres Blandon                                                         Chapter 13

Lydia P. Mesa

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 29, 2025 | Form ID: ntchrgbk | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Ricardo Caseres Blandon, Lydia P. Mesa, 78 Orange Avenue, Elmwood Park, NJ 07407-1820 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: Bankruptcy@Freedommortgage.com | Jul 29 2025 20:52:00 | Freedom Mortgage Corporation, 11988 Exit 5 Pkwy, Bldg 4, Fishers, IN 46037-7939 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2025                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| Denise E. Carlon | on behalf of Creditor Cardinal Financial Company  Limited Partnership dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jamal J Romero | on behalf of Debtor Ricardo Caseres Blandon jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com;vduarte@scura.com |

Jamal J Romero

on behalf of Joint Debtor Lydia P. Mesa jromero@scura.com
dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.co
m;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com;vduarte@scura.com

Kimberly A. Wilson

on behalf of Creditor Freedom Mortgage Corporation kimberly.wilson@brockandscott.com  wbecf@brockandscott.com

Marie-Ann Greenberg

magecf@magtrustee.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7