UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, NJ 07470
973-554-9801
Fax : 973-696-8571
Jamal J. Romero, Esq.
Email: jromero@scura.com
Counsel for Debtors.

| In Re: | Case No.: | 24-12238 |
|---|---|---|
| | Judge: | TBA |
| Ricardo Caseres Blandon and Lydia P. Mesa
Debtors | Chapter: | 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.      ☒ Motion for Relief from the Automatic Stay filed by Freedom Mortgage Corporation ,

creditor,

A hearing has been scheduled for _____8/20/2025_____, at _9:00 AM_.

☐ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____.

☐ Certification of Default filed by _____,

I am requesting a hearing be scheduled on this matter.

2.      I oppose the above matter for the following reasons **(choose one)**:

☐ Payments have been made in the amount of $ _____, but have not

been accounted for.  Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes

repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:

Due to a temporary reduction of income, we became delinquent with mortgage
payments. Payment of $3,331.53 was made on July 10, 2025. Payment of
$3.331.53 was made on August 4, 2025. An additional payment of $3,331.53 was
made on August 11, 2025. Documentation in support is attached.  We intend to
be current with our mortgage payment by August 31, 2025.

3.     This certification is being made in an effort to resolve the issues raised in the certification

of default or motion.

4.     I certify under penalty of perjury that the above is true.


Date: 08/13/2025                          /s/ Ricardo Caseres Blandon
                                          Debtor's Signature

Date: 08/13/2025                          /s/Lydia P. Mesa
                                          Debtor's Signature


**NOTES:**

1.     Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
Dismiss.

2.     Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
Default.

*rev.8/1/15*



**RICARDO CASERES BLANDON**
**LYDIA P. MESA**
231 UNION ST., APT. 8
LODI, NJ 07644-3248

55-233/212  44305

DATE 7-10-2025

PAY TO THE ORDER OF _Freedom Mortgage Corporation_    $ 3,331 53.

_three thousand three hundred thirty one 53/100_ DOLLARS

Security Features Included. Details on Back.

**CHASE** ⬡
JPMorgan Chase Bank, N.A.
www.Chase.com

Loan # ████ 0899
MEMO

_Lydia P. Mesa._

MP

████ 2337⑈    ████ 0220

Additional information is provided on the back of the statement.

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

Payment Amount



**RICARDO CASERES BLANDON**
**LYDIA P. MESA**
231 UNION ST., APT. 8
LODI, NJ 07644-3248

55-233
—————44305
212

DATE *8-4-2025*

PAY TO THE ORDER OF *Freedom Mortgage Corporation* $ *3,331.53*

*three thousand three hundred and thirty one 53/00* DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO *Loan # ____899*

*Lydia P. Mesa*

MP

⑆ 2 3 3 7 ⑈          ⑆0 1 6 8

---

Additional information is provided on the back of the statement.

**DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT**



FREEDOM MORTG⬤
LOAN NUMBER: ⬤0899

RICARDO CASERES-BLANDON
LYDIA P MESA

> If your bankruptcy plan requires you to send your regular
> monthly mortgage payments to the Trustee, do not send
> your payment to us. Instead, you should send your
> payment to the Trustee.

FREEDOM MORTGAGE
P.O. BOX 6656
CHICAGO IL 60680-6656

| Payment Amount | |
|---|---:|
| Payment Date: | 06/01/25 |
| Payment Amount: | $6,663.06 |
| Additional Principal | $ |
| Additional Escrow | $ |
| Total Amount Enclosed | $ |

If you are sending us a payment, make your
check payable to Freedom Mortgage.

☐ To change mailing address and/or contact information,
check here and complete form on back.

0000





# UNITED STATES
## POSTAL SERVICE.

SOUTH HACKENSACK
560 HUYLER ST
SOUTH HACKENSACK, NJ 07606-1544
www.usps.com

08/05/2025                                    12:05 PM

---

TRACKING NUMBERS
9505 5160 3677 5217 4810 37

---

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



---

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

---

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

---

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® Window FR Env | 1 | | $11.00 |

Fishers, IN 46037
Flat Rate
Expected Delivery Date
Fri 08/08/2025
Tracking #:
    9505 5160 3677 5217 4810 37
Insurance                               $0.00
    Up to $100.00 included
Total                                  $11.00

---

Grand Total:                           $11.00

---

Debit Card Remit                       $11.00

Card Name: VISA
Account #: XXXXXXXXXXXXX6295
Approval #: 000512
Transaction #: 231
Receipt #: 026482
Debit Card Purchase: $11.00
AID: A0000000980840                    Chip
AL: US DEBIT
PIN: Verified

----------------------------------------

TO REPORT AN ISSUE
Visit https://emailus.usps.com

TO FILE AN INSURANCE CLAIM
Visit https://www.usps.com/help/claims.htm
If unable to file online, call
1-800-332-0317 for a paper form

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Customer Service
1-800-ASK-USPS
Agents do not have any additional
information other than what is provided on
USPS.com.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



or call 1-800-410-7420.

----------------------------------------

UFN: 333230-0645
Receipt #: 840-50700217-2-4970900-2
Clerk: 55

