| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>24-31698 BKMFR01<br>BROCK & SCOTT, PLLC<br>302 Fellowship Rd, Suite 130<br>Mount Laurel, NJ 08054<br>(844) 856-6646<br>Attorneys for Freedom Mortgage Corporation | <br>Order Filed on September 30, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>RICARDO CASERES BLANDON AND LYDIA P MESA AKA LYDIA PATRICIA GUTIERREZ AKA LYDIA PATRICIA MESA | Case No: 24-12238-TBA<br><br>Hearing Date: August 20, 2025<br><br>Judge: TBA<br><br>Chapter: 13 |

| | | | |
|---|---|---|---|
| Recommended Local Form | ☐ Followed | ☒ Modified |

**ORDER RESOLVING MOTION TO VACATE STAY
AND/OR MOTION TO DISMISS
WITH CONDITIONS**

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

**DATED: September 30, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | Freedom Mortgage Corporation |
| Applicant's Counsel: | Kimberly A. Wilson, Esquire, Brock & Scott, PLLC |
| Debtors' Counsel: | Jamal J Romero, Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, Esquire |
| Property Involved ("Collateral"): | 78 Orange Ave, Elmwood Park, NJ 07407 |

Relief sought:   ☒  Motion for relief from the automatic stay

☐  Motion to dismiss

☐  Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtors' future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ☐  The Debtor(s) is overdue for _____ months, from _____ to _____.

    ☐  The Debtors are overdue for _____ payments at $_____ per month.

    ☐  The Debtors are assessed for _____ late charges at $_____per month.

    ☒  Applicant acknowledges receipt of funds in the amount of $13,326.12 subsequent to the filing of the motion.

    **Total Arrearages Due:  $0.00**

2. Debtors must cure all post-petition arrearages, as follows:

    ☒  Immediate payment shall be made in the amount of $ 3,331.53.  Payment shall be made no later than  September 30, 2025 and shall be applied to the September 1, 2025 payment.

    ☒  Beginning on October 01, 2025, regular monthly mortgage payments in the amount of $3,331.53 shall resume.

    ☐  Beginning on _____, additional monthly cure payments shall be made in the amount of $_____ for _____ months.

    ☐  The amount of $_____ shall be capitalized in the Debtors' Chapter 13 plan. Debtors shall file a Modified Plan within 15 days of entry of this Order.

2

3.     Payments to the Applicant shall be made to the following address:

    ☐     Immediate payment:

    ☒     Regular monthly payment:      Freedom Mortgage / Attn: Payment Processing
    11988 Exit 5 Pkwy., Bldg. 4
    Fishers, IN 46037-7939

    ☐     Monthly cure payment:

4.     In the event of Default:

    ☒     If the Debtors fail to make any regular monthly payment within thirty (30) days of the date it becomes due then the Applicant may obtain an Order Vacating, terminating, and/or annulling the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtors' failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and the Debtors' attorney.

    ☒     If the bankruptcy case is dismissed or converted, this Agreement is void and the instant bankruptcy case will not act to impose the automatic stay against the Applicant's opportunity to proceed against its Collateral without further Order of the Court.

5.     Award of Attorneys' Fees:

    ☒ The Applicant is awarded attorney fees of <u>$500.00</u>, and costs of <u>$199.00</u>.

        The fees and costs are payable:

        ☒ through the Chapter 13 plan.

    ☐ Attorneys' fees are not awarded.

*rev.1/12/22*