UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

24-31698 BKMFR01
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Freedom Mortgage Corporation

In Re:

RICARDO CASERES BLANDON AND LYDIA P MESA AKA LYDIA PATRICIA GUTIERREZ AKA LYDIA PATRICIA MESA

Order Filed on September 30, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No: 24-12238-TBA

Hearing Date: August 20, 2025

Judge: TBA

Chapter: 13

| Recommended Local Form | ☐ Followed | ☒ Modified |
|---|---|---|

**ORDER RESOLVING MOTION TO VACATE STAY
AND/OR MOTION TO DISMISS
WITH CONDITIONS**

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

**DATED: September 30, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | Freedom Mortgage Corporation |
| Applicant's Counsel: | Kimberly A. Wilson, Esquire, Brock & Scott, PLLC |
| Debtors' Counsel: | Jamal J Romero, Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, Esquire |
| Property Involved ("Collateral"): | 78 Orange Ave, Elmwood Park, NJ 07407 |

Relief sought:    ☒    Motion for relief from the automatic stay

☐    Motion to dismiss

☐    Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtors' future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1.   Status of post-petition arrearages:

   ☐   The Debtor(s) is overdue for _____ months, from _____ to _____.

   ☐   The Debtors are overdue for _____ payments at $_____ per month.

   ☐   The Debtors are assessed for _____ late charges at $_____per month.

   ☒   Applicant acknowledges receipt of funds in the amount of $13,326.12 subsequent to the filing of the motion.

   **Total Arrearages Due:  $0.00**

2.   Debtors must cure all post-petition arrearages, as follows:

   ☒   Immediate payment shall be made in the amount of $ 3,331.53.  Payment shall be made no later than  September 30, 2025 and shall be applied to the September 1, 2025 payment.

   ☒   Beginning on October 01, 2025, regular monthly mortgage payments in the amount of $3,331.53 shall resume.

   ☐   Beginning on _____, additional monthly cure payments shall be made in the amount of $_____ for _____ months.

   ☐   The amount of $_____ shall be capitalized in the Debtors' Chapter 13 plan. Debtors shall file a Modified Plan within 15 days of entry of this Order.

3. Payments to the Applicant shall be made to the following address:

    ☐ Immediate payment:

    ☒ Regular monthly payment:    Freedom Mortgage / Attn: Payment Processing
    11988 Exit 5 Pkwy., Bldg. 4
    Fishers, IN 46037-7939

    ☐ Monthly cure payment:

4. In the event of Default:

☒ If the Debtors fail to make any regular monthly payment within thirty (30) days of the date it becomes due then the Applicant may obtain an Order Vacating, terminating, and/or annulling the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtors' failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and the Debtors' attorney.

☒ If the bankruptcy case is dismissed or converted, this Agreement is void and the instant bankruptcy case will not act to impose the automatic stay against the Applicant's opportunity to proceed against its Collateral without further Order of the Court.

5. Award of Attorneys' Fees:

☒ The Applicant is awarded attorney fees of $500.00, and costs of $199.00.

The fees and costs are payable:

☒ through the Chapter 13 plan.

☐ Attorneys' fees are not awarded.

*rev.1/12/22*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-12238-TBA |
| Ricardo Caseres Blandon | Chapter 13 |
| Lydia P. Mesa | |
|     Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 30, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ricardo Caseres Blandon, Lydia P. Mesa, 78 Orange Avenue, Elmwood Park, NJ 07407-1820 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2025                    Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| Denise E. Carlon | on behalf of Creditor Cardinal Financial Company  Limited Partnership dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jamal J Romero | on behalf of Joint Debtor Lydia P. Mesa jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com;nrincon@scura.com |
| Jamal J Romero | on behalf of Debtor Ricardo Caseres Blandon jromero@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com;nrincon@scura.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 30, 2025 | Form ID: pdf903 | Total Noticed: 1 |

Kimberly A. Wilson
    on behalf of Creditor Freedom Mortgage Corporation kimberly.wilson@brockandscott.com wbecf@brockandscott.com

Marie-Ann Greenberg
    magecf@magtrustee.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7